UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 20-174 JRT/HB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 2 |
| | ) 18 U.S.C. § 924(c)(1)(A)(ii) |
| v. | ) 18 U.S.C. § 924(c)(1)(A)(iii) |
| | ) 18 U.S.C. § 981(a)(1)(C) |
| (1) DEVON DWAYNE REGINALD GLOVER, | ) 18 U.S.C. § 1951 |
| a/k/a "Chiraq," and | ) 21 U.S.C. § 853(p) |
| | ) 28 U.S.C. § 2461(c) |
| (2) MARSHAWN MICHAEL DAVISON, | ) |
| | ) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

<u>**COUNT 1**</u>
(Interference with Commerce by Robbery)

On or about June 16, 2020, in the State and District of Minnesota, the defendants,

**DEVON DWAYNE REGINALD GLOVER,**
a/k/a "Chiraq," and
**MARSHAWN MICHAEL DAVISON,**

aiding and abetting and being aided and abetted by one another, did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as defined by Title 18, United States Code, Section 1951(b)(1), in that the defendants did unlawfully take and obtain personal property consisting of U.S. currency, the personal property of the Penn Lake Roast Beef restaurant, 8911 Penn Avenue South, Bloomington, Minnesota, a commercial business then engaged in interstate commerce, from the person and in the presence of a victim employee, against the employee's will by means of actual



SCANNED
AUG 18 2020
U.S. DISTRICT COURT MPLS

and threatened force, violence, and fear of injury, immediate and future, to the employee's person, all in violation of Title 18, United States Code, Sections 2 and 1951.

## COUNT 2
(Discharging a Firearm During and in Relation to a Crime of Violence)

On or about June 16, 2020, in the State and District of Minnesota, the defendant,

**DEVON DWAYNE REGINALD GLOVER,**
a/k/a "Chiraq,"

did knowingly discharge, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count 1 of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT 3
(Interference with Commerce by Robbery)

On or about June 23, 2020, in the State and District of Minnesota, the defendant,

**DEVON DWAYNE REGINALD GLOVER,**
a/k/a "Chiraq,"

did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as defined by Title 18, United States Code, Section 1951(b)(1), in that the defendants did unlawfully take and obtain personal property consisting of U.S. currency, the personal property of the McCafferty Liquors store, 1325 Randolph Avenue, St. Paul, Minnesota, a commercial business then engaged in interstate commerce, from the person and in the presence of a victim employee, against the employee's will by means of

actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person, all in violation of Title 18, United States Code, Section 1951.

## COUNT 4
(Brandishing a Firearm During and in Relation to a Crime of Violence)

On or about June 23, 2020, in the State and District of Minnesota, the defendant,

**DEVON DWAYNE REGINALD GLOVER,**
a/k/a "Chiraq,"

did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count 3 of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY               FOREPERSON